**Opinion issued February 20, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00881-CV

————————————

**RODRIGUE DUVISIEN, Appellant**

**V.**

**RONALD E. MIMS, Appellee**

———————————————————————————————————————

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2011-27725**

———————————————————————————————————————

## MEMORANDUM OPINION

Appellant, Rodrigue Duvisien, has filed an unopposed motion to dismiss the appeal, representing that the parties have reached a settlement agreement. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.